# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| STEVE M. VERASTEGUI, <br><br> Plaintiff, <br><br> v. <br><br> FORD MOTOR COMPANY, et al., <br><br> Defendants. | Case No. 19-cv-04806-BLF <br><br> **ORDER TO SHOW CAUSE RE CONTEMPT** <br><br> [Re: ECF 66] |

Plaintiff's counsel is ORDERED TO SHOW CAUSE, in writing and by September 26, 2023, why the Court should not impose contempt sanctions in the amount of $500 for counsel's failure to meet and confer and participate in the filing of a joint pretrial statement as required by the Court's Standing Order Re Civil Jury Trials. *See* Standing Order Re Civil Jury Trials ¶¶ I & II.

**IT IS SO ORDERED.**

Dated: September 22, 2023

_____
BETH LABSON FREEMAN
United States District Judge